UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 26-1098-DMG (SK)** | Date | March 20, 2026 |
|---|---|---|---|

| Title | ***Samvel Avakimov v. Pamela Bondi, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS—ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION, VACATING HEARING, AND TO FILE JOINT STATUS REPORT**

Petitioner Samvel Avakimov moves for a preliminary injunction granting his immediate release on the same terms of supervision which were previously imposed and preventing Respondents from re-detaining him without a pre-deprivation hearing. Any such hearing would be before a neutral arbiter at which Respondents will bear the burden of proving by clear and convincing evidence that he is a flight risk or a danger to the community. MPI [Doc. # 6 at 17.] In their response to the MPI, Respondents state they have no opposition argument to the MPI. *See* Opp. at 2 [Doc. # 9.] Accordingly, in light of the lack of any opposition to the MPI and pursuant to Local Civil Rule 7-12, the Court summarily **GRANTS** the MPI as unopposed. The security bond requirement of Federal Rule of Civil Procedure 65(c) is waived. *See Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003).

Respondents shall release Avakimov immediately on the same terms of supervision on which he was previously released and without any additional monitoring restrictions. Respondents are ordered to return any confiscated property and documents to Avakimov. Respondents are further ordered not to re-detain Avakimov absent a demonstration by Respondents at a pre-deprivation bond hearing, by clear and convincing evidence, that Avakimov is a flight risk or danger to the community, such that his physical custody is required. The March 24, 2026 hearing on the MPI is **VACATED**. Within seven days of this Order, the parties shall file a joint status report regarding compliance with this Order and whether the habeas petition is moot.[1]

**IT IS SO ORDERED**.

---

[1] If any further issues remain, this case will be handled by the assigned United States Magistrate Judge.