**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMVEL AVAKIMOV, | Case No. 5:26-cv-01098-DMG-SK |
| Petitioner, | **STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |
| v. | |
| PAMELA BONDI, et al, | |
| Respondents. | |

In accordance with the stipulation of the parties, with all rights preserved, for entry of judgment granting the 28 U.S.C. § 2241 on the same terms and for the same reasons set forth in the district court's March 20, 2026 order granting petitioner's application for preliminary injunction, the petition is GRANTED and IT IS ORDERED that:

1) Petitioner's release shall be on the same terms of supervision on which he was previously released and without any additional monitoring restrictions.

2) Respondents shall return any property and documents confiscated from Petitioner prior to his March 21, 2026 release.

3) Respondents shall not re-detain Petitioner absent a demonstration by Respondents at a pre-deprivation bond hearing, by clear and convincing

1

evidence, that Petitioner is a flight risk or danger to the community, such that his physical custody is required.

IT IS SO ORDERED.

DATED: <u>April 6, 2026</u>

HON. STEVE KIM
United States Magistrate Judge

2