JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMVEL AVAKIMOV,

              Petitioner,

    v.

PAMELA BONDI, et al.,

              Respondents.

CASE NO. 5:26-cv-01098-DMG-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the district court's order granting petitioner's application for preliminary injunction on March 20, 2026.

IT IS SO ORDERED.

DATED: <u>April 6, 2026</u>

_____

STEVE KIM
United States Magistrate Judge